UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

PIOTR PETE CHWALA,
A# 215-589-098,

    Petitioner,

v.                                                     4:20cv121–WS/MAF

WILLIAM P. BARR, ATTORNEY
GENERAL OF THE UNITED
STATES, et al.,

    Respondents.

_____

ORDER OF DISMISSAL

Before the court is the magistrate judge's report and recommendation (ECF No. 9) docketed April 28, 2020. The magistrate judge recommends that this case be dismissed without prejudice for the plaintiff's failure to prosecute.

Upon review of the record, this court has determined that the magistrate judge's report and recommendation should be adopted. Accordingly, it is ORDERED:

1. The magistrate judge's amended report and recommendation (ECF No. 9) is hereby ADOPTED and incorporated by reference into this order.

2. This action is DISMISSED without prejudice for failure to prosecute.

3. The clerk shall enter judgment stating: "All claims are DISMISSED without prejudice."

DONE AND ORDERED this   12th   day of   May  , 2020.


                s/ William Stafford
                WILLIAM STAFFORD
                SENIOR UNITED STATES DISTRICT JUDGE